# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00663-CV

**John R. Guerra, Appellant**

**v.**

**Tammy Miller Guerra, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT NO. D-1-FM-09-005775, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant John R. Guerra has filed a motion to dismiss this appeal. He certifies that he has conferred with opposing counsel and there is no opposition to the motion. Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

Appellee Tammy Miller Guerra also filed a motion to dismiss the appeal. She seeks dismissal for failure to prosecute and to recover her costs and all other relief to which she shows herself entitled. We grant her motion to the extent she seeks appellate costs under Rule 43.4 of the Rules of Appellate Procedure. *See* Tex. R. App. P. 43.4. To the extent that she seeks to recover other relief, we deny her motion. In all other respects, we dismiss her motion as moot.

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed on Appellant's Motion

Filed: April 3, 2015